ALEXANDER SHANIK et al., on Their Own Behalf and on Behalf of All Holders of Participating Stock of Empire Power Corporation, Respondents, *v.* EMPIRE POWER CORPORATION et al., Appellants.

KENNETH F. CLARK et al., as Holders of Certain Cumulative Participating Stock of Empire Power Corporation, on Behalf of Themselves and All Other Stockholders Similarly Situated, and on Behalf of Said Empire Power Corporation, Respondents, *v.* EMPIRE POWER CORPORATION et al., Appellants.

Argued October 2, 1946; decided October 17, 1946.

*Ralph Stout* and *Stephen Callaghan* for appellants.

*Milton Pollack, Ignatius M. Wilkinson* and *H. Paul Shanik* for respondents.

Judgment affirmed, with costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.